IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02947-BNB

EARL J. CROWNHART,

    Plaintiff,

v.

PENNY MAY, and
CHRISTIAN MULLER,

    Defendants.

---

## ORDER OF DISMISSAL

---

    Plaintiff, Earl J. Crownhart, currently is housed at the Grand Junction Regional Center in Grand Junction, Colorado.  Plaintiff is subject to a civil commitment.  Acting *pro se*, Plaintiff initiated this action by filing a Prisoner Complaint and a Prisoner's Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  In an order entered on October 29, 2013, Magistrate Judge Boyd N. Boland directed Plaintiff to cure certain deficiencies if he wished to pursue his claims.  Specifically, Magistrate Judge Boland told Plaintiff to file his claims and his request to proceed pursuant to § 1915 on proper Court-approved forms.

    Magistrate Judge Boland warned Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.  Plaintiff has submitted at least ten documents to the Court since November 12, 2013, but none of the filings are responsive to Magistrate Judge Boland's October 29 Order to Cure.  As a

result, Plaintiff has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the noted deficiencies.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. See *Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  23rd  day of    December         , 2013.

BY THE COURT:


    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court