IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02947-LTB

EARL J. CROWNHART,

    Plaintiff,

v.

PENNY MAY, and
CHRISTIAN MULLER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On March 7, 2014, Plaintiff filed a motion for a certificate of appealability and a notice of appeal, ECF No. 23. The motion for a certificate of appealability is denied as inappropriate. The Clerk of the Court is directed to process the notice of appeal. To the extent Plaintiff is requesting leave to proceed pursuant to 28 U.S.C. § 1915 on appeal the request is denied as moot. Plaintiff was denied leave to proceed pursuant to § 1915 on appeal in the Court's December 23, 2013 Order.

Dated: March 11, 2014